UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Faculty, Alumni, and Students Opposed to Racial Preferences,<br><br>        Plaintiff,<br><br>    v.<br><br>New York University Law Review, New York University School of Law, New York University, and Betsy DeVos, in her official capacity as U.S. Secretary of Education,<br><br>        Defendants. | Civil Action No. 1:18-CV-09184-ER<br><br>**ORAL ARGUMENT REQUESTED** |

## **DEFENDANT NYU'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendant New York University ("NYU"), by and through its undersigned counsel, hereby moves to dismiss all claims pled against it and its affiliates in the First Amended Complaint ("FAC") with prejudice, pursuant to Fed. R. Civ. P. 4(m), Fed. R. Civ. P. 12(b)(1), and Fed. R. Civ. P. 12(b)(6). The grounds for this motion are set forth in the accompanying memorandum of law.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 6.1(c), NYU respectfully requests oral argument on this Motion.

Date: March 21, 2019

                                                Respectfully,

                                                _/s/  *Stephen D. Susman*_____
                                                Stephen D. Susman (SS8591)
                                                Robert Rivera, Jr. (RR6890)
                                                Jacob W. Buchdahl (JB1902)
                                                Arun Subramanian (AS2096)
                                                Tamar Lusztig (TL1082)
                                                Jillian Hewitt (EB6850)
                                                William D. O'Connell (WO2819)
                                                SUSMAN GODFREY LLP
                                                1301 Avenue of the Americas
                                                New York, New York 10019-6023
                                                Phone: (212) 336-8330
                                                ssusman@susmangodfrey.com
                                                rrivera@susmangodfrey.com
                                                jbuchdahl@susmangodfrey.com
                                                asubramanian@susmangodfrey.com
                                                tlusztig@susmangodfrey.com
                                                jhewitt@susmangodfrey.com
                                                boconnell@susmangodfrey.com

                                                *Attorneys for Defendant New York University*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March 2019, a true and correct copy of the foregoing was served on all parties via the Court's ECF system.

>    */s/  Stephen D. Susman*
>    Stephen D. Susman