# MITCHELL LAW

**MEMO ENDORSED**

Jonathan F. Mitchell
Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, Texas 78701
(512) 686-3940 TEL
(512) 686-3941 FAX
jonathan@mitchell.law

April 2, 2019

The Honorable Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __4/5/2019__

**Re:** *FASORP v. New York University Law Review, et al.*, **No. 1:18-cv-09184-ER**

Dear Judge Ramos:

The Court has scheduled a pre-motion conference for April 9, 2019, at 10:30 A.M. Counsel for the plaintiff respectfully asks the Court to participate in this hearing by telephone.

Counsel does not reside or practice in the New York area and has numerous commitments and briefing deadlines during the week of April 9, 2019, that would make traveling to New York difficult. We have conferred with counsel for the defendants, and neither the university nor the United States objects to this request.

Thank you for considering this.

Respectfully submitted.

*/s/ Jonathan F. Mitchell/*

Jonathan F. Mitchell*
Mitchell Law PLLC
* admitted *pro hac vice*

cc: All counsel (via ECF)

---

Mr. Mitchell is directed to call the Court at (212) 805-0169.

The application is __X__ granted
                    ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __4/5/2019__
New York, New York