GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: ARASTU K. CHAUDHURY
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel. No.:  (212) 637-2633
Fax No.:  (212) 637-2750
arastu.chaudhury@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES,<br><br>      Plaintiff,<br><br>    v.<br><br>NEW YORK UNIVERSITY LAW REVIEW; NEW YORK UNIVERSITY SCHOOL OF LAW; NEW YORK UNIVERSITY; BETSY DEVOS, in her official capacity as U.S. Secretary of Education; UNITED STATES OF AMERICA,<br><br>      Defendants. | **No. 18 Civ. 9184 (ER)** |

    PLEASE TAKE NOTICE that upon the accompanying memorandum of law, defendants the United States of America and Betsy DeVos, in her official capacity as U.S. Secretary of Education, by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby moves this Court, to dismiss the First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Pursuant to this Court's order of April 9, 2019, the plaintiff's opposition is due on or before June 10, 2019, the defendants' reply is due June 24, 2019.

Dated: New York, New York
       May 9, 2019

>                              GEOFFREY S. BERMAN
>                              United States Attorney for the
>                              Southern District of New York
>
>                              BY: /s/Arastu K. Chaudhury
>                              ARASTU K. CHAUDHURY
>                              Assistant United States Attorney
>                              86 Chambers Street, 3d Floor
>                              New York, NY 10007
>                              (212) 637-2633
>                              *Attorney for Defendants*

To:    All counsel of record (by ECF)