UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **Faculty, Alumni, and Students Opposed to Racial Preferences**, <br><br>   Plaintiff, <br><br> v. <br><br> **New York University Law Review**; **New York University School of Law**; **New York University**; **Betsy DeVos**, in her official capacity as U.S. Secretary of Education; **United States of America**, <br><br>   Defendants. | Case No. 1:18-cv-9184-ER |

### NOTICE TO THE COURT

On March 31, 2020, the Court granted the defendants' motions to dismiss and dismissed the first amended complaint without prejudice. *See* ECF No. 58. The Court offered the plaintiff an opportunity to file a second amended complaint by April 21, 2020. The plaintiff wishes to stand on its first amended complaint, and respectfully asks the Court to enter a final judgment.

|  | Respectfully submitted. |
|---|---|
|  | /s/ Jonathan F. Mitchell |
| Paul Niehaus | Jonathan F. Mitchell* |
| Kirsch & Niehaus | Mitchell Law PLLC |
| 150 East 58th Street | 111 Congress Avenue, Suite 400 |
| 22nd Floor | Austin, Texas 78701 |
| New York, New York 10155 | (512) 686-3940 (phone) |
| (212) 631-0223 | (512) 686-3941 (fax) |
| paul.niehaus@kirschniehaus.com | jonathan@mitchell.law |
| Dated: April 21, 2020 | * admitted *pro hac vice* |
|  | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I certify that on April 21, 2020, I served this document through CM/ECF upon:

<div style="column-count:2">

STEPHEN D. SUSMAN
ROBERT RIVERA
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
(713) 653-7801 (SS)
(713) 651-9366 (RR)
ssusman@susmangodfrey.com
rrivera@susmangodfrey.com

ARUN SRINIVAS SUBRAMANIAN
JACOB W. BUCHDAHL
JILLIAN S. HEWITT
TAMAR LUSZTIG
WILLIAM DANIEL O'CONNELL
Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
(212) 471-8346  (AS)
(212) 336-8330 (JB)
(212) 729-2019 (JH)
(212) 729-2007 (TL)
(212)-336-8341 (WO)
asubramanian@susmangodfrey.com
jbuchdahl@susmangodfrey.com
jhewitt@susmangodfrey.com
tlusztig@susmangodfrey.com
boconnell@susmangodfrey.com

*Counsel for NYU Defendants*

ARASTU KABEER CHAUDHURY
U.S. Attorney Office SDNY
86 Chambers Street
New York, New York 10007
(212) 637-2633
arastu.chaudhury@usdoj.gov

*Counsel for Secretary DeVos*

</div>

  /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff*