USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: May 1, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES,

                Plaintiff,

– against –

NEW YORK UNIVERSITY LAW REVIEW, NEW YORK UNIVERSITY SCHOOL OF LAW, NEW YORK UNIVERSITY, UNITED STATES OF AMERICA, and BETSY DEVOS, *in her official capacity as U.S. Secretary of Education*,

                Defendants.

**ORDER**

18 Civ. 9184 (ER)

Ramos, D.J.:

       The Clerk of Court is respectfully directed to enter a Judgment pursuant to Docs. 58 and 59.

It is SO ORDERED.

Dated:    May 1, 2020
           New York, New York

                                                Edgardo Ramos, U.S.D.J.