UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FACULTY, ALUMNI, AND STUDENTS OPPOSED
TO RACIAL PREFERENCES,

                     Plaintiff,

      -against-                                     18 **CIVIL** 9184 (ER)

                                                         **JUDGMENT**

NEW YORK UNIVERSITY LAW REVIEW, NEW
YORK UNIVERSITY SCHOOL OF LAW, NEW
YORK UNIVERSITY, UNITED STATES OF
AMERICA, and BETSY DEVOS, in her official
capacity as U.S. Secretary of Education,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 31, 2020, Notice to the Court dated April 21, 2020, and Order dated May 1, 2020, that Plaintiff wishes to stand on its first amended complaint, and respectfully asking the Court to enter judgment; accordingly, judgment is entered granting Defendants' motions to dismiss without prejudice.

**Dated:**  New York, New York
        May 4, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                                 Clerk of Court
                                         **BY:**  _____
                                                                  **Deputy Clerk**