UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Faculty, Alumni, and Students Opposed to Racial Preferences**,<br><br>Plaintiff,<br><br>v.<br><br>**New York University Law Review**; **New York University School of Law**; **New York University**; **Betsy DeVos**, in her official capacity as U.S. Secretary of Education; **United States of America**,<br><br>Defendants. | Case No. 1:18-cv-9184-ER |

## NOTICE OF APPEAL

Plaintiff Faculty, Alumni, and Students Opposed to Racial Preferences appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered on May 4, 2020 (ECF No. 61).

Respectfully submitted.

PAUL NIEHAUS
Kirsch & Niehaus
150 East 58th Street
22nd Floor
New York, New York 10155
(212) 631-0223
paul.niehaus@kirschniehaus.com

 /s/ Jonathan F. Mitchell 
JONATHAN F. MITCHELL*
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

* admitted *pro hac vice*

Dated: May 5, 2020

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

 I certify that I served this document through CM/ECF on all counsel of record in this case.

               <u>/s/ Jonathan F. Mitchell</u>
               Jonathan F. Mitchell
               *Counsel for Plaintiff*